IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ADAMS EMS, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 4:17-cv-2670 |
| § | |
| § | |
| ERIC D. HARGAN,[1] Acting § | |
| Secretary, UNITED STATES § | |
| DEPARTMENT OF HEALTH & § | |
| HUMAN SERVICES, § | |
| § | |
| Defendant. § | |

**PLAINTIFF'S VOLUNTARY NOTICE OF DISMISSAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Adams EMS, INC., Plaintiff herein, and voluntarily notices dismissal of Defendant pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

1. Plaintiff filed its complaint for mandamus and, alternatively, declaratory judgment, injunctive relief, and attorney fees against Thomas E. Price, M.D., Secretary of the United States Department of Health and Human Services on September 5, 2017 (Dkt. 1).

2. Defendant was served and has not filed an answer or a motion for summary judgment in this case. Defendant has filed a Motion to Dismiss (Dkt. 5).

3. The Court never certified this case as a class action pursuant to Rule 23.

4. This case is not a derivative action under Federal Rule of Civil Procedure 23.1,

---

[1] On October 10, 2017, Eric D. Hargan was appointed as Acting Secretary to replace the former Secretary of Health & Human Services, Thomas E. Price, M.D.

or an action related to an unincorporated association under Rule 23.2.

5. A receiver was not appointed in this case.

6. This case is not governed by any federal statute that requires a Court order for dismissal.

7. Plaintiff files this notice of dismissal with the intention of dismissing the case under Rule 41(a)(1)(A)(i) without prejudice to refiling.

Respectfully submitted,

KENNEDY
Attorneys & Counselors at Law

/s/ C. Trey Scott

_____
MARK S. KENNEDY
State Bar of Texas No. 24000122
Southern District Bar No. 435115
LURESE TERRELL
State Bar of Texas No. 24008139
Southern District of Texas 33360
JOANNA A. MARTIN
State Bar of Texas No. 24072153
Southern District Bar No. 1287331
C. TREY SCOTT
State Bar of Texas No. 24083821
Souther District Bar No. 3097879
12222 Merit Drive, Suite 17500
Dallas, TX 75251
Telephone: (214) 445-0740
Fax: (972) 661-9320
markskennedylaw@msn.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 27rd of November, 2017, a copy of Plaintiff's voluntary notice of dismissal was served on all counsel of record via the court's electronic filing system.

/s/ C. Trey Scott

C. TREY SCOTT
