IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **ADAMS EMS, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 4:17-cv-2670 |
| § | |
| § | |
| **ERIC D. HARGAN,** [1] **Acting** § | |
| **Secretary, UNITED STATES** § | |
| **DEPARTMENT OF HEALTH &** § | |
| **HUMAN SERVICES,** § | |
| § | |
| Defendant. § | |

**PLAINTIFF'S VOLUNTARY NOTICE OF DISMISSAL**

After considering Plaintiff's Voluntary Notice of Dismissal, the Court issues this order dismissing the case under Federal Rule of Civil Procedure 41(a)(1)(A)(i) without prejudice to refiling.

SIGNED on _____, 20___.

_____
U.S. DISTRICT JUDGE

---

[1] On October 10, 2017, Eric D. Hargan was appointed as Acting Secretary to replace the former Secretary of Health & Human Services, Thomas E. Price, M.D.