IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ADAMS EMS, INC., | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. 4:17-cv-2670 |
| ERIC D. HARGAN,[1] Acting Secretary, UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, | § | |
| Defendant. | § | |

## PLAINTIFF'S VOLUNTARY NOTICE OF DISMISSAL

After considering Plaintiff's Voluntary Notice of Dismissal, the Court issues this order dismissing the case under Federal Rule of Civil Procedure 41(a)(1)(A)(i) without prejudice to refiling.

SIGNED on Nov. 27, 20 17.

_____
U.S. DISTRICT JUDGE

---

[1] On October 10, 2017, Eric D. Hargan was appointed as Acting Secretary to replace the former Secretary of Health & Human Services, Thomas E. Price, M.D.